1
2
3
4
5
6
7

8                   UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DEMETRIUS PEROFETA, individually       No.  1:22-cv-00512-JLT-BAM
    and on behalf of all those similarly
12  situated,                              **AMENDED ORDER SETTING IN PERSON**
                                           **SETTLEMENT CONFERENCE AND**
13              Plaintiff,                  **SETTLEMENT INSTRUCTIONS**

14       v.                                Date:      **April 14, 2023**
                                           Time:      **11:00 AM**
15  LANCESOFT, INC., and LONGS DRUG        Courtroom: **Courtroom 9 (SAB)**
    STORES CALIFORNIA, LLC,                Judge:     **Hon. Stanley A. Boone**
16
                Defendants.
17

18       This case is set for in person settlement conference on **April 14, 2023, at 11:00 AM in**

19  **Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone** at the U.S. District Court,

20  2500 Tulare Street, Fresno, California, 93721.  Unless otherwise permitted in advance by the

21  Court, **the attorneys who will try the case** shall appear at the Settlement Conference **with the**

22  **parties** and the person or persons having **full authority** to negotiate and settle the case **on any**

23  **terms** at the conference.

24       *Confidential Settlement Conference Statement*:  At least seven (7) court days prior to the

25  Settlement Conference, the parties shall submit a Confidential Settlement Conference Statement

26  directly to Judge Boone's chambers by e-mail to SABOrders@caed.uscourts.gov.  The statement

27  **should not be filed** with the Clerk of the Court **nor served on any other party**, although the

28  parties may file a Notice of Lodging of Settlement Conference Statement.  Each statement shall

                                           1

be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.

The Confidential Settlement Conference Statement shall include the following:

A.    A brief statement of the facts of the case.

B.    A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

C.    A summary of the proceedings to date.

D.    An estimate of the cost and time to be expended for further discovery, pretrial and trial.

E.    The relief sought.

F.    The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

The Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference.  Otherwise, the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

IT IS SO ORDERED.

Dated:   __**March 23, 2023**__          _____/s/ *Barbara A. McAuliffe*_____
                                         UNITED STATES MAGISTRATE JUDGE