# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS PEROFETA,<br><br>    Plaintiff,<br><br>    v.<br><br>LANCESOFT, INC., et al.,<br><br>    Defendants. | Case No. 1:22-cv-00512-JLT-BAM<br><br>ORDER GRANTING MOTION TO CONDUCT SETTLEMENT CONFERENCE REMOTELY SUBJECT TO CERTAIN CONDITIONS<br><br>(ECF No. 19) |

    This action has been referred for a settlement conference, and a settlement conference has been set for April 14, 2023, at 9:30 a.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone. (ECF Nos. 16, 17, 18.) On April 5, 2023, the parties filed a stipulated motion to allow the parties and counsel to appear remotely at the settlement conference. (ECF No. 19.) The parties proffer that counsel, parties, and necessary representatives, are located in other states and locations in California, and that it would be overly burdensome and costly for the parties, their counsel, and representatives to travel such long distances to the Court's Fresno, California courthouse for the settlement conference. The parties argue that allowing the conference to proceed remotely would conserve the parties' time and resources, which would allow the parties to devote their time and resources toward substantive preparations for the settlement conference.

    Based on a review of the record in this case, and the parties' stipulation, the Court finds good cause to grant the request to allow the settlement conference to proceed remotely, subject to the conditions expressed below, as well as the conditions previously stated in the orders issued

on March 16, 2023, and March 23, 2023.  (ECF Nos. 16, 17.)

Counsel shall ensure that each individual party, participant, or counsel, have their own electronic device to connect to and attend the settlement conference, for the duration of the conference.  In other words, each and every participant shall appear on their "own screen," as to best facilitate the conference as if the parties were present in person.  Counsel shall ensure each participant has an electronic device with sufficient processing power and internet connection for the participants' video connection to remain stable during the entirety of the conference.  Remote participants may turn off their camera when not actively participating, however, remote participants shall remain in attendance in a manner so they may participate on demand without delay.  Further, while it goes without saying, the Court is forced to remind all parties allowed to appear via a video platform that they must dress appropriately and have appropriate backgrounds as if they were testifying or appearing in court.

All parties required to appear at the settlement conference shall appear via videoconference.  The parties may contact Judge Boone's Courtroom Deputy Clerk Victoria Gonzales at vgonzales@caed.uscourts.gov or (559) 499-5672, with any questions or to obtain assistance in complying with this order.  The Courtroom Deputy will contact the parties with the videoconference login information prior to the settlement conference.

Failure to comply with this order, or if at the time of the conference, the Court finds the parties are not engaging in good faith, due to the parties' remote attendance or otherwise, the Court will vacate or continue the settlement conference during the conference and order such settlement conference to be held in person at a later date.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   Accordingly, IT IS HEREBY ORDERED that the motion to remotely attend the
2 settlement conference on April 14, 2023, is GRANTED, subject to the conditions stated above
3 and contained in previous orders setting the settlement conference.

IT IS SO ORDERED.

Dated:  **April 6, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

3