# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS PEROFETA,<br><br>       Plaintiff,<br><br>   v.<br><br>LANCESOFT, INC., et al.,<br><br>       Defendants. | Case No. 1:22-cv-00512-JLT-BAM<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF Nos. 16, 17, 18, 21)<br><br>**THIRTY DAY DEADLINE** |

The Court conducted a settlement conference in this action on April 14, 2023, at which the parties reached a settlement agreement.  (ECF Nos. 16, 17, 18, 21.)

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1.      All pending matters and dates in this action are VACATED; and

2.      The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:  **April 14, 2023**

UNITED STATES MAGISTRATE JUDGE